EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| Ex parte: | 2023 TSPR 130 |
| Miguel A. Serrano Urdaz | 213 DPR ___ |

Número del Caso:  TS-15,822


Fecha:  17 de octubre de 2023


Representante Legal de la Parte Peticionaria:

    Por derecho propio.


Materia:  Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

Miguel A. Serrano Urdaz          TS-15,822

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de octubre de 2023.

Examinada la *Solicitud de reactivación en [e]l Registro Único de Abogados y Abogadas* presentada el 11 de octubre de 2023 por el Sr. Miguel A. Serrano Urdaz, se declara ha lugar

Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Serrano Urdaz actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo